ELLEN P. BUSTIN and JOHN T. BUSTIN, *Appellants,* vs. ANNA R. HELMICH, *Appellee.*

129 So. 742.

En Banc.

Opinion filed August 2, 1930.

*R. A. Johnston,* for Appellants;
No appearance for Appellee.

MATHEWS, C.—From a decree quieting title to certain lands in complainant, defendants appealed. No one against whom the appeal is taken is named or described in the caption or in the body of the entry of appeal and the appellee has not appeared here in person or by attorney.

The appeal is hereby dismissed on authority of Buck v. All Parties, etc., 86 Fla. 86, 97 So. 313.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the appeal in this cause be and the same is hereby dismissed.

TERRELL, C.J., AND WHITFIELD, ELLIS, BROWN and BUFORD, J.J., concur.